■ HANS C. MAUTNER, as President of Corporate Property Investors, et al., Appellants, and LUCILLE BIFANO et al., Proposed Intervenors-Appellants, v ANN M. SMITH, as Councilperson of the Town of Clarkstown, et al., Respondents.—Appeal by the plaintiffs and proposed intervenors plaintiffs from an order of the Supreme Court, Rockland County (Bergerman, J.), dated July 14, 1988.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Bergerman at the Supreme Court. Bracken, J. P., Kunzeman, Eiber and Spatt, JJ., concur.